IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:98-CR-128

| | |
|---|---|
| ANDREA JOY JAMES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent. ) | |

This matter is before the Court on Petitioner's motion seeking appointment of counsel and Respondent's Motion to Dismiss. Petitioner's motion is DENIED and Respondent's Motion is GRANTED.

## BACKGROUND

On July 15, 1999, a jury convicted the Petitioner of conspiracy to distribute controlled substances under 21 U.S.C. § 846, distribution of controlled substances under 21 U.S.C. § 841, and aiding and abetting the same under 18 U.S.C. 2. (DE 3). On December 17, 1999, the Court sentenced Petitioner to 330 months' imprisonment, five years of supervised release, and a $200 special assessment. (DE 55).

Petitioner subsequently filed a Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. § 3582. (DE 81). This Court held a hearing and denied the motion in a written order on December 18, 2009. (DE 87).

On October 18, 2010, the Petitioner filed the instant motion seeking appointment of counsel and attached an order in United States v. Miller, No. 4:89-CR-12(JMR), 2010 U.S. Dist LEXIS 79763 (Dist. Minn. August 6, 2010), which discusses 18 U.S.C. § 3582. (DE 88).

## DISCUSSION

Petitioner moves the Court for an order appointing counsel to assist Petitioner with Petitioner's crack reduction motion (DE #81). Although Petitioner claims her crack reduction motion is "still pending," the Court's denied this motion over a year ago. (DE 87). Petitioner's instant motion is thus denied as moot.

SO ORDERED, this  21  day of December, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE